IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY,

    Plaintiff,       No. CIV S-05-1569 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S
DEPUTIES BRADFORD AND ROPER,

    Defendants.      <u>ORDER</u>

                                      /

          Plaintiff is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302(c)(21).

          The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff shall obtain one USM-285 form for each defendant named in the complaint, one summons for each defendant and an instruction sheet. Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

/////

1

1         2. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the completed Notice to the court with
3 the following documents:
4         a. One completed summons for each defendant named in the complaint;
5         b. One completed USM-285 form for each defendant named in the
6         complaint; and
7         c. Three copies of the endorsed complaint filed August 9, 2005.
8         3. Plaintiff need not attempt service on defendants and need not request waiver of
9 service. Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11 without prepayment of costs.
12         4. Failure to comply with this order may result in a recommendation that this
13 action be dismissed.
14 DATED: September 6, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; cool1569.ifp

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  FREDERICK MARC COOLEY
11          Plaintiff,                    No. CIV S-05-1569 DFL JFM PS
12      vs.
13  SOLANO COUNTY SHERIFF'S
    DEPUTIES BRADFORD AND ROPER,          NOTICE OF SUBMISSION
14
            Defendants.                   OF DOCUMENTS
15
                                 /
16
            Plaintiff hereby submits the following documents in compliance with the court's
17
    order filed _____:
18
              _____      completed summons form
19
              _____      completed USM-285 forms
20
              _____      copies of the Complaint
21
    DATED:
22
23
                                          _____
24                                        Plaintiff
25
26