IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY,

    Plaintiff,                           No. CIV S-05-1569 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S DEPUTIES C. BRADFORD and A. ROPER, et al.,

    Defendants.                <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        By an order filed October 12, 2005, this court directed the United States Marshal to serve all process without prepayment of costs. On March 10, 2006, the Marshal returned the summons and complaint indicating service on defendant Roper had been executed. Defendant Roper, although properly served,[1] has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Roper show cause, within twenty days from the date of this order, why default should not be entered.

---

[1] Court records indicate that defendant Roper failed to respond to the court's request to waive service of process. The U.S. Marshal personally served defendant Roper's supervisor, Lt. Bevins, on March 9, 2006 at 10:37 a.m.

1

2. The Clerk of the Court shall forward a copy of this order to defendant Deputy Roper, Solano County Sheriff's Office, 530 Union Drive, Room 100, Fairfield, California 94533.

3. The Clerk of the Court is directed to serve a copy of this order on Constance L. Picciano, Supervising Deputy Attorney General.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; cool1569.77d