IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY,

        Plaintiff,                    No. CIV S-05-1569 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S DEPUTIES C. BRADFORD and A. ROPER, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a parolee proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. By order filed May 31, 2006, defendant Roper was ordered to show cause why default should not be entered. On June 15, 2006, defendant filed a response to the order to show cause, along with his motion to dismiss. Good cause appearing, the order to show cause will be discharged. Accordingly, IT IS HEREBY ORDERED that the May 31, 2006 order to show cause is discharged.

DATED: July 26, 2006.

                                     /s/ [signature]
                          UNITED STATES MAGISTRATE JUDGE

001; cool1569.vac