IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY,

    Plaintiff,                     No. CIV S-05-1569 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S
DEPUTIES C. BRADFORD and
A. ROPER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 27, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 27, 2006, are adopted in full;

1

1  2. Defendant Bradford's December 19, 2005 motion to dismiss is granted;

2  3. Defendant Roper's June 19, 2006 motion to dismiss is granted; and

3  4. Plaintiff's complaint is dismissed.

4  DATED: 9/26/2006

_____
DAVID F. LEVI
United States District Judge

2